942

No. 11–10445. WOODSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10447. VOGEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10449. THOMPSON v. WILLIAMS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10452. LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10457. COLEMAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–10458. MOORE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 11–10459. ARELLANO MENDOZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10469. RIVERA-PINON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10474. HARPER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–10475. GARCIA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10478. STANLEY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–10482. FALLIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10484. FRAZIER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10485. GONZALEZ-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10493. CORBRAY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–10496. AGUILAR-PEREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.